IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
HARRISON DIVISION

KEVIN C. SHEEK                                                                    PLAINTIFF

            v.                          CIVIL NO. 3:18-cv-3034-MEF

NANCY BERRYHILL, Acting Commissioner
Social Security Administration                                          DEFENDANT

## MEMORANDUM OPINION AND ORDER

Plaintiff, Kevin Sheek, brings this action pursuant to 42 U.S.C. § 405(g) seeking judicial

review of a decision of the Commissioner of Social Security ("Commissioner"). (ECF No. 1). On

August 7, 2018, Plaintiff filed a Motion to Dismiss indicating he now concedes that substantial

evidence supports the ALJ's decision denying benefits and wishes to dismiss the case without

prejudice. (ECF No. 13). Accordingly, Plaintiff's Motion to Dismiss is hereby granted, and the

clerk is directed to dismiss Plaintiff's case without prejudice.

DATED this the 8th day of August, 2018.

/s/ Mark E. Ford
HONORABLE MARK E. FORD
UNITED STATES MAGISTRATE JUDGE