IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
HARRISON DIVISION

KEVIN C. SHEEK                                                                                         PLAINTIFF

v.                                       CIVIL NO. 3:18-cv-3034-MEF

NANCY BERRYHILL, Acting Commissioner
Social Security Administration                                                                         DEFENDANT

## JUDGMENT

For the reasons stated in the Court's Order of Dismissal (ECF No. 14), the clerk is ordered to dismiss the Plaintiff's Complaint without prejudice.

IT IS SO ORDERED on this the 8th day of August, 2018.

/s/ Mark E. Ford
HON. MARK E. FORD
UNITED STATES MAGISTRATE JUDGE